UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| LUCAS UBAH, LARRY TAYLOR § | |
| § | |
| vs. § | NO:   MO:16-CV-00122-RAJ |
| § | |
| SUN COAST RESOURCES, INC. § | |

**ORDER**

Before the Court is the Defendant's Agreed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint [Doc. 6] filed June 9, 2016.  The Court GRANTS the Defendant's Motion.  Accordingly,

IT IS ORDERED that the Defendant's Agreed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint [Doc. 6] filed June 9, 2016 is GRANTED. The Defendant shall file an answer or otherwise repond to Plaintiffs' Original Complaint no later than June 29, 2016.

IT IS SO ORDERED.

SIGNED this the 10th day of June, 2016.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS