IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS -
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **LUCAS UBAH and LARRY TAYLOR,** Individually and On Behalf of All Others Similarly Situated, <br><br> **Plaintiffs,** <br><br> V. <br><br> **SUN COAST RESOURCES, INC.,** <br><br> **Defendant.** | C.A. NO. 7:16-cv-00122 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Lucas Ubah and Larry Taylor ("Plaintiffs") file this Notice of Dismissal without Prejudice and would respectfully show the following:

### DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby dismiss this case in its entirety against Defendant **without prejudice** to refilling the same pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and asks that all costs and attorneys' fees be borne by the party incurring the same. Defendant has not filed an answer or a motion for summary judgment.

       Respectfully submitted,

       SHELLIST | LAZARZ | SLOBIN LLP

By:  */s/ Ricardo J. Prieto*
     ROBERT R. DEBES, JR.
     Texas Bar No. 05626150
     bdebes@eeoc.net
     RICARDO J. PRIETO
     Texas Bar No. 24062947
     rprieto@eeoc.net
     11 Greenway Plaza, Suite 1515
     Houston, Texas 77046
     Telephone: (713) 621-2277
     Facsimile: (713) 621-0993

     ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on June 16, 2016 to all counsel of record.

       */s/ Ricardo J. Prieto*
       RICARDO J. PRIETO