IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| LUCAS UBAH and LARRY TAYLOR, Individually and On Behalf of All Others Similarly Situated | § § § § |
| V. | §  NO. MO-16-CV-122 |
| SUN COAST RESOURCES, INC. | § § |

## FINAL ORDER OF DISMISSAL

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and based upon the Notice of Dismissal Without Prejudice [Doc. 8] filed June 16, 2016. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 17 day of June, 2016.

ROBERT JUNELL
SR. UNITED STATES DISTRICT JUDGE